IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

JOYCE L. WINN,

                Plaintiff,

   v.

JOANNE B. BARNHART, Commissioner of
Social Security,

                Defendant.

Civil No. 04-1781-CO

O R D E R

    Magistrate Judge Cooney filed his Findings and Recommendation on October 26,

2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

No objections have been timely filed. This relieves me of my obligation to give the factual

findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir.

1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

Having reviewed the legal principles de novo, I find no error.

    THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Cooney's Findings and

Recommendation.

    Dated this _22_ day of November, 2005.

                               Ann Aiken, United States District Judge

Order -- Page 1